JOHN WIECKERT, Respondent, v. UNION TOWEL SUPPLY Co., Appellant, Impleaded with Another, Defendant.— Order unanimously reversed, with twenty dollars costs and disbursements, and the motion granted. No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

In the Matter of the Arbitration of Certain Differences between CROYDON FABRICS, INC., Respondent, and JOSEPH LIOTTI, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

KAHN & FELDMAN, INC., Respondent, v. JOSEPH COHN, Appellant. KAHN & FELDMAN, INC., Plaintiff, v. DAVID FREID and Others, Defendants. (Consolidated Actions.) — Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

DAVIS YARN Co., INC., and Others, Plaintiffs, v. BROOKLYN YARN DYE Co., INC., and Another, Defendants. (Action No. 1.) GREENWELK KNITWEAR Co., INC., Plaintiff, v. BROOKLYN YARN DYE Co., INC., and Another, Defendants. (Action No. 2.) INTERSTATE KNITTING MILLS, INC., Plaintiff, v. INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA and Others, Defendants. (Action No. 3.) GREENHILL & DANIEL, INC., Plaintiff, v. BROOKLYN YARN DYE Co., INC., and Another, Defendants. (Action No. 4.) MAY KNITTING Co., INC., Plaintiff, Respondent, v. BROOKLYN YARN DYE Co., INC., and COMMERCIAL UNION ASSURANCE Co., LTD., OF LONDON, Defendants, Appellants, SWITZERLAND GENERAL INSURANCE COMPANY, LTD., Impleaded Defendant, Respondent. (Action No. 5.) — Order unanimously reversed, with twenty dollars costs and disbursements, and the motion for consolidation granted. No opinion. Settle order on notice. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

In the Matter of the Application of JOHN HENRY LEWIS, Respondent, against JOHN J. PHELAN and Others, Composing the State Athletic Commission, Appellants.— Order, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements, with leave to the defendants to answer within ten days after service of order upon payment of said costs. No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

WISCONSIN CARBONIC GAS COMPANY, Respondent, v. DRY ICE CORPORATION OF AMERICA and Others, Appellants.— Order, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.